No. PD-0137-15

In THE
Court of Criminal Appeals
Austin, Tx

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

Russell R. Whitehead

v.

The State of Texas

From Appeal No. 05-14-00230-CR
Trial Cause No. 31618CC
Kaufman County

FILED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION for DISCRETIONARY REVIEW.

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS comes now, Russell R. Whitehead, Petitioner, and files this Motion for an Extension of Sixty (60) days in which to file a Petition for Discretionary Review. In Support of this Motion, Appellant shows the court the following:

### I.

The Petitioner was convicted in the District Court of Kaufman County, Texas of the offense of AGG ASSAULT DATE/FAMILY/HOUSE W/WEAPON-SERIOUS BODILY INJURY in Cause No. 31618CC, styled State of Texas v. Russell Whitehead. The Petitioner appealed to the Court of Appeals, fifth Supreme Judicial District. The case was affirmed on December 31, 2014.

## II.

The present Deadline for filing the Petition for Discretionary Review is 01-30-2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request is based upon the following facts:

Petitioner was not informed of the decision of the Court of Appeals in affirming this case until 1-8-2015. Since that time, Petitioner has been attempting to gain Legal representation. The attorney on the appeal, Taryn Davis, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this Motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 31618 EC to April 1, 2015.

Russell Whitehead
Petitioner, Pro Se
Texas Department of Criminal Justice
James V. Allred Unit
TDCJ-ID# 01909111
Iowa Park, TX 76367